

United States District Court
for the
Northern District of Georgia
Atlanta Division

Pshatoria Larose

THE Femalepraneur LLC
Plaintiff,

v

Alexis McFarland
Girls in charge LLC.
Defendant,

Case Number:

1:24-CV-3015

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STATEMENT OF CLAIM

Pshatoia LaRose, and/or The Femalepreneur, LLC;

Plaintiff

v.

Alexis McFarland, and/or Girls in Charge, LLC,

Defendants

Plaintiff files this emergency ex parte motion to halt the misappropriation of Plaintiff's intellectual property and trade secrets by Defendant. The Motion is filed for Priority Scheduling with a Full Hearing within 10 days. Substantial and irreparable harm will occur to Plaintiff if priority scheduling is not granted. For the reasons stated in the following memorandum of law and affidavit in support of the Emergency Motion, the Plaintiff moves for the following relief:

I. Violation of Georgia Trade Secrets Act

Plaintiff moves the Court for an Emergency Ex Parte Order to restrain and enjoin, immediately and pending final adjudication on the merits, Defendant from violating the Georgia Trade Secrets Act of 1990, O.C.G.A. §10-1-760, which prohibits "misrepresentation" including "(A) Acquisition of a trade secret of another by a person who knows or has reason to know that the trade secret was acquired by improper means; or (B) disclosure or use of a trade secret of another without express or implied consent." O.C.G.A. § 10-1-760(2). Defendant violated this act by stealing confidential business information from Plaintiff's password-protected phones.

II. Order Prohibiting Unlawful Business Interference

PLEADING TITLE - 1

Plaintiff moves this Court to issue an Ex Parte Emergency Order restraining and enjoining, immediately and pending final adjudication on the merits, the Defendant from intervening or interfering with the business relationship of Plaintiff and her current and future customers, vendors, business partners, suppliers, and any other parties conducting or prospectively conducting business with Plaintiff.

### III. Asset Freeze over Defendant

For the purpose of effecting an asset freeze, Plaintiff further moves the Court ex parte for an order restraining and enjoining Defendant, along with its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise from, directly or indirectly, making any payment or expenditure of funds, incurring any additional liability (including taking advances on any credit line or account), or effecting any sale, gift, hypothecation, or other disposition of any asset, without first proving to the Court that they possess and will retain sufficient funds or assets to satisfy all claims alleged in Plaintiff's Complaint or without first posting a bond or surety with the Court sufficient to assure payment of those claims or until further order of this Court.

To give effect to the requested asset freeze, the Plaintiff moves the Court ex parte for an order (a) restraining and enjoining any bank, savings and loan association, trust company, broker-dealer, or other financial or depository institution that holds an account in the name of or on behalf of the Defendant from engaging in any transactions in securities (except liquidating transactions) or any disbursements of funds or securities on behalf of Defendant unless otherwise ordered by this Court and (b) directing such persons or entities to identify for SEC counsel and

PLEADING TITLE - 2

any Receiver appointed in this case all such accounts, including account number, and the nature and amount of all assets held in them.

## CONCLUSION

Based on the foregoing facts and for the reasons set forth in its accompanying affidavit submitted in support hereof, Plaintiff respectfully requests that the Court enter orders providing the relief requested.

07-08-2024

Respectfully submitted,

*[signature]*

Pshatoia LaRose, and/or The Femalepreneur, LLC,
Plaintiff

PLEADING TITLE - 3

United States District Court

NORTHERN DISTRICT of ~~Atlanta~~ Fulton          COUNTY, GEORGIA

DATE FILED 07-03-2024          STATEMENT OF CLAIM          CASE NO. _____

AND RELIEF

**Pshatola LaRose**

2221 Peachtree Rd #222 Atlanta, GA 30309

Plaintiff's Name & Address

---

[Redacted LLC]

1395 [Redacted] Rd NE Unit #1416
Atlanta, GA 30324

Defendant's Name & Address

[Redacted]

1441 Woodmont LN NW #1142
Atlanta, GA 30318

Defendant's Name & Address (If two Defendants)

---

☐ Suit on Note   ☐ Suit on Account   ☑ Other: **FOR RECOVERY OF DAMAGES**

1. The Court has jurisdiction over the defendant(s) ☐ the Defendant(s) is a resident of _____ County;
☑ Other (please specify) That the place of occurrence consists of cumulative violations in State of Georgia. Hence, this _____.

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):

This Statement of Claims is being filed on the Account of Multiple Instances of Breaches of Intellectual Property. That includes Violation of Personal Privacy/Rights of the Plaintiff, Theft of Plaintiff's Phone Contents and Intellectual Property Leading to Harassment and Defamation caused thereby to Plaintiff.

Briefly, Plaintiff Owns and Maintains a Website namely ( http://TheFemalepreneur.com ) hereby referred to as "*Website*" which is Based and Built upon on Customized and Unique Business Model. The Plaintiff Owns all the Intellectual Property Rights Associated with the Website including (Domain Name, Business Idea, Graphics, Website Design and others).

That the Defendants Hacked the Website and Cell Phone of the Plaintiff to Build a Replicated Website. They are Replicating/Purporting to be Owner of Plaintiff's Business, Business Structure, Name and Format. They are engaged in Activities Mentioned in Title 10 (*Commerce and Trade*) Of Chapter 10 (*Selling and Other Trade Practices*) Article 27 regarding *Trade Secrets* of Georgia Trade Secrets Act of 1990 of Theft, Miss-appropriation, Disclosure and Use of Trade Secrets. Wherein Acquisition or Disclosure of any Trade Secret through Improper Means, Misappropriation and Theft is Prohibited qua Codes § 10-1-760, § 10-1-761, § 10-1-762, § 10-1-763, § 10-1-764 and § 10-1-765.

The Defendants were served with Cease and Desist letter to Refrain from Indulging in aforementioned Activities of Replication of Business Name, Format and Structure. However, they are still Involved in Violating the Plaintiff's Phone Contents and Intellectual Property Rights Owned by the Plaintiff.

The Hacking of the Plaintiff's Website and using the Plaintiff's Website under Impression and Replication has caused Plaintiff Financial Losses by Acutely Injuring Business and Personal Reputation of Plaintiff. Plaintiff's business has Suffered Losses on the Account of Replication of his Businesses by the Defendants.

Together with Financial and Economic Losses, the Violations have made Plaintiff to Undergo Serious Mental Pressure and Psychological Torture.

Therefore, Plaintiff Seeks Claims for following Damages:

| Loss of Earnings | Plaintiff on Account of Miss-apparition faced Acute Loss of Earnings from his/her Business | Amount: $113,817.50 |
|---|---|---|
| Psychological | Plaintiff suffered Hypertension, Mental Agony and Psychological Pressures | Amount: $2,550,000 |
| General & Punitive Damages | The Defendants Action Entails Punitive Damages for Harmful Actions Against Plaintiff's Person and Business | Amount: $4,405,152 |
| Defamation | The Defendants Actions have Harmed Plaintiff's Reputation. | Amount: $1,275,000 |
| Future Losses | Till the Injunctive Order is Passed, the Defendant's Action will incur Losses to Plaintiff. Hence, Plaintiff is Entitled to Receive Future Losses as well. | Amount: $129,307 |

3. That said claim is in the amount of $ 8,533,276.50 , principal $ and/or other statuall accrued interest according to country interest, plus included above costs to date, and all future costs of this suit.

State of Georgia, Fulton County: _____

Pshatria LaRose being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this 1 day of June 22

Pshatria LaRose
Plaintiff(s) or Agent
(If Agent, Title or Capacity) _____

404.059.2159
Daytime Phone Number

Notary Public/Attesting Officer

**NOTICE AND SUMMONS**

TO: All Defendant(s) You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained at [illegible] or from the clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU*. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. If you choose to file your answer orally, it MUST BE IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing an answer and counterclaim. If you admit to the Plaintiffs' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

This 1 day of June, 2022

**REQUEST TO CEASE AND DESIST**
**ALL COPYRIGHT INFRINGEMENT**

Ms. Pshaloia LaRose
6815 Biscayne Blvd 227
Miami, Florida 33138

03/17/2022   CERTIFIED MAIL #: 7020 0090 0001 6893 5042

Ms. Alexis McFarland
600 N.E. 36th St Unit 623
Miami, Florida 33138

Dear Ms. Alexis McFarland:

The purpose of this letter is to inform you that I reserve and own all rights to Pshaloia LaRose Phone Contents that was first published on 02/10/2006 and protected under the 1976 U.S. Copyright Act.

It has been brought to my attention, that you have made unauthorized use of my copyrighted work which is titled Pshaloia LaRose Phone Contents. Your work titled Pshaloia LaRose Phone Contents is fundamentally a close duplication of my work filed under the copyright of Pshaloia LaRose Phone Contents.

The U.S. Copyright ACT Title 17 of U.S. Code, Section 102(a) protection extends to "original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device" such as:

1) literary works,
2) musical works, including any accompanying words,
3) dramatic works, including any accompanying music,
4) pantomimes and choreographic works,
5) pictorial, graphic, and sculptural works,
6) motion pictures and other audiovisual works, and
7) sound recording, and
8) architectural works.

In addition, U.S. Copyright ACT Title 17, Section 106-122 grants the following exclusive rights to copyright holders:

1) the right to reproduce the copyrighted work into copies and phonorecords;
2) the right to create or prepare derivative works based upon the copyrighted work;
3) the right to distribute copies and phonorecords of the copyrighted work to the public by sale, lease, lending or rental;
4) the right to perform the copyrighted work publicly (if the work is a literary, musical, dramatic, choreographic, pantomime, motion picture or other audiovisual work.);
5) the right to display the copyrighted work publicly (if the work is a literary, musical, dramatic, choreographic, pantomime, pictorial, graphic, sculptural, motion picture, or other audiovisual work.), and
6) the right to perform the copyrighted work by means of a digital audio transmission.

As you have not sought or requested permission/authorization to use, nor to make and/or distribute, sell, lend or lease my copyrighted work entitled Pshaloia LaRose Phone Contents, you are hereby notified to CEASE AND DESIST any and all further unlawful acts of copyright infringement with regards to your actions and/or statements relating to this matter.

Failure to comply with this notice will confirm your complicity and leave me no other alternative but to proceed to file a civil action suit seeking monetary damages and compensation for court and attorney's fees incurred as a direct result of your unlawful actions of copyright infringement.

It is not my wish to seek legal recourse; however, I will vehemently do all that is necessary to protect my work, Pshaloia LaRose Phone Contents, and interests. Please note that this letter will be the only warning I will provide. THEREFORE, you are hereby requested to immediately CEASE AND DESIST any further acts of copyright infringement and within 10 business days return the signed written assurance below affirming that you will refrain from any further acts of copyright infringement.

**REQUEST TO CEASE AND DESIST**
**ALL FORMS OF CRIMINAL HARASSMENT**

Ms. Pshaiola LaRose
6815 Biscayne Blvd 227
Miami, Florida 33138

CERTIFIED MAIL #: 7020 0640 0001 4891 8489

Ms. Alexis Nicole Cicero McFarland
600 NE 36th St Unit 828
Miami, Florida 33137

Dear Ms. Alexis Nicole Cicero McFarland:

You are hereby notified to CEASE AND DESIST any and all further unlawful actions of harassment in accordance with Federal Statute 18 USCS Section 2261A and/or State-Local statutes, including, but not limited to harassing, stalking and/or bullying, and any action which consists of physical, verbal and/or non-verbal attacks meant to:

1) Pester/harass either in person, or via written or electronic format;
2) spy involving following or watching;
3) cause distress through threat of violence or fear of violence; and/or
4) call with intent to harass.

Harassment is defined as the participation "in a course of conduct directed at a specific person that serves no legitimate purpose, which would cause a reasonable person under the circumstances to be frightened, intimidated, or emotionally distressed."

"A person commits the crime of aggravated stalking if he or she purposely, through his or her course of conduct, harasses or follows with the intent of harming another person."

THEREFORE, you are hereby ordered to immediately stop any further forms of harassment as your actions violate my rights under the law. In addition, you are requested to complete and return within 10 business days, the written assurance below affirming that you will refrain from any further acts of harassment.

Failure to comply will confirm your complicity and leave me no other alternative but to contact state/local law enforcement, to file criminal sanctions against you and/or your associates assisting on your behalf, and to file a civil lawsuit seeking monetary damages and any court and attorney's fees incurred as a direct result of your actions of harassment.

Sincerely,

(Ms. Pshaiola LaRose)

cc: Regular Mail
    Certified Mail
    File

## REQUEST TO CEASE AND DESIST
## ALL COPYRIGHT INFRINGEMENT

Ms. The Femalepreneur
1579 Monroe Dr NE
Atlanta, Georgia 30324

03/08/2022        CERTIFIED MAIL #: 7020 1090 0001 1189 8496

Ms. Girls In Charge
1000 Cheshire Bridge Rd NE Unit 1416
Atlanta, Georgia 30324

Dear Ms. Girls In Charge:

The purpose of this letter is to inform you that I reserve and own all rights to Boss Babe Brunch that was first published on 02/05/2020 and protected under the 1976 U.S. Copyright Act.

It has been brought to my attention, that you have made unauthorized use of my copyrighted work which is titled Boss Babe Brunch. Your work titled Boss Babe Brunch is fundamentally a close duplication of my work filed under the copyright of The Femalepreneur.

The U.S. Copyright ACT Title 17 of U.S. Code, Section 102(a) protection extends to "original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device" such as:

1) literary works,
2) musical works, including any accompanying words,
3) dramatic works, including any accompanying music,
4) pantomimes and choreographic works,
5) pictorial, graphic, and sculptural works,
6) motion pictures and other audiovisual works, and
7) sound recording, and
8) architectural works.

In addition, U.S. Copyright ACT Title 17, Section 106-122 grants the following exclusive rights to copyright holders:

1) the right to reproduce the copyrighted work into copies and phonorecords;
2) the right to create or prepare derivative works based upon the copyrighted work;
3) the right to distribute copies and phonorecords of the copyrighted work to the public by sale, lease, lending or rental;
4) the right to perform the copyrighted work publicly (if the work is a literary, musical, dramatic, choreographic, pantomime, motion picture or other audiovisual work.);
5) the right to display the copyrighted work publicly (if the work is a literary, musical, dramatic, choreographic, pantomime, pictorial, graphic, sculptural, motion picture, or other audiovisual work.), and
6) the right to perform the copyrighted work by means of a digital audio transmission.

As you have not sought or requested permission/authorization to use, nor to make and/or distribute, sell, lend or lease my copyrighted work entitled Boss Babe Brunch, you are hereby notified to CEASE AND DESIST any and all further unlawful acts of copyright infringement with regards to your actions and/or statements relating to this matter.

Failure to comply with this notice will confirm your complicity and leave me no other alternative but to proceed to file a civil action suit seeking monetary damages and compensation for court and attorney's fees incurred as a direct result of your unlawful actions of copyright infringement.

It is not my wish to seek legal recourse; however, I will vehemently do all that is necessary to protect my work, Boss Babe Brunch, and interests. Please note that this letter will be the only warning I will provide. THEREFORE, you are hereby requested to immediately CEASE AND DESIST any further acts of copyright infringement and within 10 business days return the signed written assurance below affirming that you will refrain from any further acts of copyright infringement.

Sincerely,

*[signature: The Femalepreneur]*

(Ms. The Femalepreneur)

cc: Regular Mail
    Certified Mail
    File

## ASSURANCE TO CEASE AND DESIST FURTHER ACTS OF COPYRIGHT INFRINGEMENT

In accordance with U.S. Copyright ACT Title 17 of U.S. Code, Section 102(a),U.S. Copyright ACT Title 17, Section 106-122 and the above request and stipulations, I, Girls in Charge, do hereby agree to immediately CEASE AND DESIST further acts of Copyright Infringement with regards to Boss Babe Brunch. And in turn, Ms. The Femalepreneur will release me from all acts of Copyright Infringement relating to this specific incident.

HOWEVER, should I act or behave in such a manner that would result in a breach of this agreement, Ms. The Femalepreneur shall be entitled to filing fees, court's costs and attorney's fees in any action which may be filed in an effort to enforce this agreement, in addition to any injunctive relief and/or monetary damages that Ms. The Femalepreneur may have been entitled to had this assurance never been signed.

_____

Date Signed: _____

**REQUEST TO CEASE AND DESIST**
**ALL DEFAMATION, SLANDER AND/OR LIBEL**
**OF CHARACTER AND REPUTATION**

Ms. Pahasola LaRose
6615 Biscayne Blvd 227
Miami, Florida 33138

Ms. Alexis McFarland
600 N.E. 36th St Unit 629
Miami, Florida 33138

Dear Ms. Alexis McFarland:

You are hereby notified to CEASE AND DESIST any and all further unlawful defamation, slander and/or libel relating to the incident or event which occurred on to which the following defamation, slander and/or libel occurred:

We have been notified on several Occasions, in which I have been monitored, stalked, harassed and put in a false light.

You are hereby requested to immediately CEASE and DESIST the illegal defamation, slander and/or libel and within ten (10) business days and return the signed written assurance below affirming that you will refrain from any further acts of said defamation, slander and/or libel with regards to my character and/or reputation.

Failure to comply with this cease and desist request, and/or return the signed assurance within the stipulated time, will leave me no other alternative but to pursue any and all available legal and equitable remedies available to protect my character and/or reputation.

Sincerely,

_____
(Ms. Pahasola LaRose)

cc: Recipient – Regular Mail
Recipient – Certified Mail
File Copy

| STATE OF GEORGIA | FEDERAL COURT | FULTON COUNTY |

**Pshatoia LaRose**
**The Femalepreneur LLC**
**2221 Peachtree Rd #222**
**Atlanta, GA 30309**

      **Plaintiff**

V.                                                              Case No. _____

**Alexis McFarland**
**Girls in Charge LLC**
**1445 Woodmont Lane Suite #2576**
**Atlanta, GA. 30318**

      **Defendant**

## PLAINTIFFS COMPLAINT

I, Plaintiff, Pshatoia LaRose filing Petition and Summons against Defendant regarding Matter of Unauthorized use of Intellectual Property, Invasion of Privacy, Stalking and Harassment, Conspiracy to Cause Harm, Phone Identity Hacks, Data Breach, Unauthorized Phone Tapping, and UnAuthorized use of Plaintiffs Phone Contents for Business and Personal Use.

As a Result of Claims mentioned above, Plaintiffs Personal and Business Data has been reused amongst Defendants has cause severe Economic Loss, Intellectual Property Reuse, Defamation, Pain and Suffering, Current and Future Financial Losses, Violation of Lanham Act, Violation of Georgia Trade Secrets Act, Daily Harassment and Safety but not limited to subjects mentioned.

Plaintiff is proceeding to File a Suit of $12.5 Million due to Intellectual Property Damages, Unfair Business Practices, and Violation of Georgia Trade Secrets Act.

                                                      Pshatoia LaRose
                                                    2221 Peachtree Rd #222
                                                    Atlanta, GA 30309
                                                    404-654-2159
                                                    LaRose.PN@gmail.com

*/s/ P LaRose*

# Exhibits

Plaintiff has attached Images of Brand Event Name "Boss Babe Brunch" considered as Exhibits of :

Plaintiff, Pshatoia LaRose and The Femalepreneur Inc
          against
Defendants, Alexis McFarland and Girls in Charge

Reusing Images and Brand Replication Unauthorized. There are several Images exceeding Exhibit attached from Plaintiffs Phone via Hacking by Defendants that have been reused for Both Business and Personal Use and considered Violation of Trade Secrets Act and Lanham Act.

Plaintiff would like to further disclose additional Exhibits during Jury Trial Proceedings.



Exhibit - Evidence of Copying Plaintiff Contents

Liked by **madeinjulyinc** and **114 others**

**thefemalepreneurinc** The Femalepreneur Weekend!

#Ladies of #Miami & #FortLauderdale ! Join us and Network amongst Bo$$ Babes discussing Becoming a Boss, Beauty Secrets, and Health & Wellness Tips over Brunch ! We hope to see you there! Tickets Available Now: https://BossBabeBrunchMiami.EventBrite.com OR https://TheFemalepreneur.EventBrite.com

View all 2 comments

February 10, 2020

    



800 likes

**alexisskyy_** Just a few days away 🖤🖤🖤 only a few tickets left

View all 40 comments

**heyfrancoise** I got mine 😍🖤

1 day ago



View insights    Boost post

      

 Liked by **toia.nicole** and **others**

**thefemalepreneurinc** #Ladies of #Phoenix! 💕💕💼 Join us and Network amongst Bo$$ Babes discussing Becoming a Boss, Beauty Secrets, and Health... more

June 10

 thefemalepreneurinc                              ...

1/2

        



 

**1,425 likes**

**alexisskyy** Calling all Boss Babes! 🖤💕
We are back with another pop-up/networking mixer & are super excited to come to Charlotte, NC, Aug.5... more

View all 267 comments

**xo.anika_** @rockstartock 

June 12